

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2019

No. 04-19-00820-CV

Grant R. **MICHAEL,**
Appellant

v.

**WALTON SIGNAGE, LTD.,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21334
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On November 27, 2019, appellant filed a motion for emergency stay of the trial court's temporary injunction. After considering the motion and appellee's response filed on December 6, 2019, we DENY the motion for emergency stay.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court